McCORMICK, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Third Department. September 14, 1910.) Action by John McCormick against James M. Thompson.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellant shall within 10 days pay to the respondent's attor-

ney $20 costs, and within 20 days thereafter shall serve printed papers on appeal, in which case motion is denied. Motion to compel respondent to accept undertaking given to stay issue of execution granted.